**IN THE UNITED STATES DISTRICT COURT**

**FOR THE WESTERN DISTRICT OF WASHINGTON**

**AT SEATTLE**

| | | |
|---|---|---|
| SIBCY CLINE, INC., | ) | **CASE NO.: 2:11-cv-1036** |
| Plaintiff, | ) | |
| v. | ) | **IN REM COMPLAINT** |
| www.sibcycline.co | ) | |
| Defendants. | ) | |

**INTRODUCTION**

Plaintiff Sibcy Cline, Inc. (hereinafter "Sibcy Cline"), by counsel, and in support of its Complaint against Defendant www.sibcycline.co (a domain name), states the following:

**THE PARTIES**

1. Plaintiff Sibcy Cline, Inc. is a corporation of the state of Ohio, with its principal place of business located in Cincinnati, Hamilton County, Ohio.

Plaintiff's In Rem Complaint - 1

WOOD, HERRON & EVANS, L.L.P.
2700 Carew Tower · 441 Vine Street
Cincinnati, Ohio 45202-2917
(513) 241-2324 · (513) 241-6234 FACSIMILE

2. Defendant www.sibcycline.co, the "rem" in this action, is a domain name for which eNom, Inc. is the registrar. The registrar has an address of 15801 NE 24th Street, Bellevue, Washington 98008.

## JURISDICTIONAL ALLEGATIONS

3. This Court has subject matter jurisdiction under 28 U.S.C. §§1331 (civil action arising under the laws of the United States); 1338 (civil action arising under an Act of Congress relating to trademarks); and 15 U.S.C. § 1051 *et seq*.

4. Personal jurisdiction over the Defendant domain name is appropriate because domain name registrar of the Defendant domain name is located in this judicial district.

5. Venue is appropriate in this Court and in this division pursuant to 28 U.S.C. § 1391(b) and 15 U.S.C. § 1125(d)(2).

## FACTUAL ALLEGATIONS

**A.** **Sibcy Cline and its Intellectual Property**

6. Since at least as early as 1980, Sibcy Cline has engaged in the real estate business under the SIBCY CLINE name and trademark.

7. Sibcy Cline is the owner of the Federal Trademark Registration No. 3,957,380 for its SIBCY CLINE trademark covering real estate services and claiming first use on October 30, 1980. (Together, Sibcy Cline's common law trademark rights and its federal trademark registration are referred to as the "SIBCY CLINE Mark.")

8. Sibcy Cline has offered and sold real estate services under the SIBCY CLINE Mark in the United States since at least as early as 1980, and holds well-established trademark rights in the SIBCY CLINE Mark. Sibcy Cline has spent considerable sums advertising and promoting the SIBCY CLINE Mark. As a result, the SIBCY CLINE Mark has become distinctive

Plaintiff's In Rem Complaint - 2

WOOD, HERRON & EVANS, L.L.P.
2700 Carew Tower · 441 Vine Street
Cincinnati, Ohio 45202-2917
(513) 241-2324 · (513) 241-6234 FACSIMILE

and famous in the United States, and is associated exclusively with Sibcy Cline and its goods and services.

9.  By virtue of Sibcy Cline's long and extensive use of its SIBCY CLINE Mark in the promotion and sales of real estate services bearing the SIBCY CLINE Mark, Sibcy Cline has developed a valuable reputation for its SIBCY CLINE Mark, and is the owner of substantial goodwill symbolized by its SIBCY CLINE Mark.

10.  The SIBCY CLINE Mark is the lawful, valued, subsisting and exclusive property of Sibcy Cline, and as a result of the high quality of Sibcy Cline's services and the extensive sales and advertising thereof throughout the United States, the SIBCY CLINE Mark has become an intrinsic and essential part of the valuable goodwill and property of Sibcy Cline, and is recognizable and associated by the public as a symbol identifying and distinguishing Sibcy Cline's services as those of exceptional quality.

11.  Sibcy Cline is the owner of the following domain names: www.sibcycline.com registered through the registrar GoDaddy.com on September 1, 1995 and www.sibcy.com registered through the registrar GoDaddy.com on October 13, 1995 (together hereinafter the www.sibcycline.com and www.sibcy.com domain names are referred to as the "Sibcy Cline Domain Names").

**B.  Bad Faith Use, Registration and Infringement of the SIBCY CLINE Trademark through Registration and Transfer of the www.sibcycline.co Domain Name**

12.  On July 20, 2010, Jason Ross registered the domain name www.sibcycline.co ("Domain Name") through the domain name registrar eNom, Inc.

13.  Upon information and belief, sometime shortly thereafter, Mr. Ross began operating a web site at the Domain Name and URL (the "Web Site"), wherein Mr. Ross has been promoting real estate services and related advertisements and links to third-party real estate web sites.

Plaintiff's In Rem Complaint - 3

14. Mr. Ross' domain name www.sibcycline.co used the SIBCY CLINE Mark without authorization from Sibcy Cline.

15. Sibcy Cline has never authorized, licensed, approved or otherwise consented to use of the SIBCY CLINE Mark for either Mr. Ross or his business names, use on the Web Site, in the Domain Name, or otherwise.

16. Sibcy Cline has no business, customer, license or other relationship the Defendant or Mr. Ross.

C. **Sibcy Cline's Cease and Desist Correspondence**

17. On October 19, 2010, a cease and desist letter was sent via certified mail, by counsel for Sibcy Cline to Mr. Ross, as registrant for the Web Site, at the address listed for him on the eNom, Inc. registrar web site.

18. On November 5, 2010, counsel for Sibcy Cline received a report from the U.S. Postal Service stating that notice was left for Mr. Ross regarding the certified mail waiting for him at the post office but that Mr. Ross never retrieved the October 19, 2010 letter. Another letter was sent later that day on November 5, 2010, to Mr. Ross at the same address only this time it was sent via Overnight Courier and via email.

19. In both the October 19, 2010 and the November 5, 2010 letters to Mr. Ross, Sibcy Cline objected to use of the SIBCY CLINE Mark in the Domain Name used for the Web Site, and demanded that Mr. Ross transfer the infringing domain name to Sibcy Cline immediately.

20. On November 5, 2010, Mr. Ross sent an email to counsel for Sibcy Cline stating that Sibcy Cline may purchase the name for $1500, and that the domain name was currently being parked.

21. On November 8, 2010, Plaintiff Sibcy Cline rejected the offer of sale from Mr. Ross and reiterated its demand that Mr. Ross transfer the domain to Sibcy Cline immediately.

Plaintiff's In Rem Complaint - 4

WOOD, HERRON & EVANS, L.L.P.
2700 Carew Tower · 441 Vine Street
Cincinnati, Ohio 45202-2917
(513) 241-2324 · (513) 241-6234 FACSIMILE

22. On November 23, 2010, the sibcycline.co domain name was transferred to an individual, a Mr. Anjali Singh, purportedly located in India and, therefore, not subject to *in personam* jurisdiction of U.S. courts.

## COUNT I

## FORFIETURE AND TRANSFER OF THE DOMAIN NAME UNDER THE ANTICYBERSQUATTING CONSUMER PROTECTION ACT ("ACPA") (15 U.S.C. § 1125(d))

23. Sibcy Cline incorporates by reference paragraphs 1 – 22 as set forth above.

24. Mr. Ross registered the Domain Name fifteen years after Sibcy Cline registered its www.sibcycline.com and www.sibcy.com domain names, and nearly 30 years after Sibcy Cline first used the SIBCY CLINE Mark for real estate services.

25. The Domain Name incorporates the SIBCY CLINE Mark in its entirety, and is identical to and/or confusingly similar to the SIBCY CLINE Mark.

26. Mr. Ross' registration and use of the Domain Name was in bad faith, with full knowledge of Sibcy Cline's rights in the SIBCY CLINE Mark, and with the intention to divert consumers looking for Sibcy Cline to the infringing Defendant Web Site, owned and operated by the Defendants.

27. Mr. Ross' registration and use of the Domain Name was in bad faith with an intention to divert and confuse consumers and to disrupt Sibcy Cline's business.

28. Mr. Ross deliberately held the Domain Name hostage and demanded a substantial sum of money (in excess of costs associated with registration and transfer of the domain name) to transfer the infringing Domain Name to Sibcy Cline.

29. After rejection of the Mr. Ross' offer to sell the domain and with full knowledge of Sibcy Cline's rights and objections to the sibcycline.co domain name, Mr. Ross unlawfully transferred this domain to a third party located outside the United States.

Plaintiff's In Rem Complaint - 5

WOOD, HERRON & EVANS, L.L.P.
2700 Carew Tower · 441 Vine Street
Cincinnati, Ohio 45202-2917
(513) 241-2324 · (513) 241-6234 FACSIMILE

30. The aforesaid acts constitute a bad faith violation of Sibcy Cline's rights as the owner of a mark registered in the United States Patent and Trademark Office and protected under 15 U.S.C. § 1125(a) and/or (c).

31. Pursuant to 15 U.S.C. § 1125(d), Plaintiff is entitled to the transfer of the domain name to Sibcy Cline.

## WRITTEN NOTIFICATION TO DOMAIN NAME REGISTRAR

32. Pursuant to 15 U.S.C. § 1125(d)(2)(D)(i), Plaintiff has or is in the process of notifying the Registrar, eNom, Inc., by providing it with written notification of a filed, stamped copy of this complaint. As a result thereof, pursuant to § 1125(d)(2)(D)(i), the registrar is required to:

(I) expeditiously deposit with the court documents sufficient to establish the court's control and authority regarding the disposition of the registration and use of the domain name to the court; and

(II) not transfer, suspend, or otherwise modify the domain name during the pendency of the action, except upon order of the court."

**WHEREFORE**, Sibcy Cline hereby demands the following relief:

A. An order requiring immediate forfeiture and awarding transfer of the domain name to the Plaintiff,

and

B. Such other and further relief as the Court may deem just and proper.

Plaintiff's In Rem Complaint - 6

WOOD, HERRON & EVANS, L.L.P.
2700 Carew Tower · 441 Vine Street
Cincinnati, Ohio  45202-2917
(513) 241-2324 · (513) 241-6234 FACSIMILE

Dated this  21st  day of June, 2011.

Respectfully submitted,

*/s/ Glenn D. Bellamy*
Glenn D. Bellamy, WSBA No. 17,626
WOOD, HERRON & EVANS, L.L.P.
2700 Carew Tower
441 Vine Street
Cincinnati, Ohio  45202-2917
Telephone:  (513) 241-2324
Facsimile:  (513) 241-6234
E-mail: gbellamy@whepatent.com

*Of Counsel:*
Karen Kreider Gaunt
WOOD, HERRON & EVANS, L.L.P.
2700 Carew Tower
441 Vine Street
Cincinnati, Ohio  45202-2917
Telephone:  (513) 241-2324
Facsimile:  (513) 241-6234
E-mail: kgaunt@whepatent.com

Plaintiff's In Rem Complaint - 7

WOOD, HERRON & EVANS, L.L.P.
2700 Carew Tower · 441 Vine Street
Cincinnati, Ohio  45202-2917
(513) 241-2324 · (513) 241-6234 FACSIMILE